IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **KAREN LEWIS,** | ) | CASE NO. 1:24-CV-00325 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| **COMMISSIONER OF** | ) | ORDER ADOPTING MAGISTRATE |
| **SOCIAL SECURITY,** | ) | JUDGE'S REPORT AND |
| | ) | RECOMMENDATION |
| Defendants. | ) | |

  This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Thomas M. Parker. The Report and Recommendation (ECF #6), issued on March 11, 2024, is hereby ADOPTED by this Court.

  On February 21, 2024, Plaintiff Karen Lewis filed a complaint in this Court challenging the final decision of the Commissioner of the Social Security Administration, which decision denied her application for benefits under the Social Security Act, 42 U.S.C. §§ 423 *et seq.* (ECF #1). On the same date, Plaintiff Lewis filed an "Application to Proceed Without Prepayment of Fees and Affidavit," otherwise known as an application for leave to proceed *in forma pauperis* ("IFP") in this matter. (ECF #2). The IFP application was then referred to Magistrate Judge Parker pursuant to automatic referral under Local Rule 72.2(b) for a Report and Recommendation.

(Non-Docket Entry Related to ECF #4).

The Magistrate Judge recommends that Plaintiff Lewis' IFP application be denied based on a failure to provide requested information needed to complete application. Specifically, on the form related to her IFP application, Lewis indicated that she is currently supported by her family, stating that her adult children and family assist in covering her essential bills. (ECF #2, p. 4, PageID #13). That form did not provide any additional information about the finances of her family members. On February 26, 2024, Lewis was ordered to, by March 5, 2024, either: (i) pay the filing fee; or (ii) submit a revised financial affidavit including a statement of the resources of her supporting family members and their ability to pay the filing fee. (ECF #5).

The March 5, 2024 deadline passed, and by that date Lewis had neither paid the filing fee nor submitted a revised financial affidavit.

Ms. Lewis has not since filed any objections to the Magistrate Judge's March 11, 2024 Report and Recommendation recommending denial of her IFP application; nonetheless, the Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: April 1, 2024